UNITED DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LILLIAN LOUISE MORGAN VOGT,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Cause No.: 4:22-cv-00385-SRC |

## ALL PARTIES' STIPULATION OF DISMISSAL

COMES NOW the parties, Plaintiff Lillian Louise Morgan Vogt and Defendant Progressive Casualty Insurance Company, and hereby file their stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii).

Dated: March 21, 2025

Respectfully submitted,

**THE SIMON LAW FIRM, P.C**

By:     */s/ Patrick R. McPhail*

John G. Simon, #35231MO
Kevin M. Carnie Jr., #60979MO
Patrick R. McPhail, #70242MO
800 Market Street, Ste. 1700
St. Louis, MO 63101
jsimon@simonlawpc.com
kcarnie@simonlawpc.com
pmcphail@simonlawpc.com
Phone: 314-241-2929
Fax: 314-241-2029

*Attorneys for Plaintiff*

**TUCKER ELLIS LLP**

By: */s/ Jennifer L. Mesko*

Jennifer L. Mesko, pro hac vice
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone: 216-592-5000
Jennifer.mesko@tuckerellis.com

Sandra J. Wunderlich, #39019MO
Kelly A. Baldini, #40694MO
100 South 4th Street, Suite 600
St. Louis, MO 63102
Telephone: (314) 256-2544
sandra.wunderlich@tuckerellis.com
kelly.baldini@tuckerellis.com

*Attorneys for Defendant Progressive Casualty Insurance Company*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via the Court's Electronic Filing System on March 21, 2025, which will send a notice of electronic filing to all counsel of record.

/s/ *Patrick R. McPhail*